IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | |
|---|---|
| Maria R. Barbalinardo<br>2340 South Bancroft Street<br>Phila PA 19145<br>        Plaintiff<br>v.<br>Saber Healthcare Holdings LLC<br>t/a Bryn Mawr Extended Care<br>26691 Richmond Road<br>Bedford Heights OH 44145<br>        Defendant<br>And<br>Bryn Mawr Healthcare Group, LLC<br>t/a Bryn Mawr Extended Care<br>26691 Richmond Road<br>Bedford Heights OH 44145<br>        Defendant | JURY TRIAL DEMANDED<br><br><br><br>NO: |

**COMPLAINT**
**PARTIES**

1. The plaintiff is Maria R. Barbalinardo an adult who lives at 240 S. Bancroft St., Philadelphia, PA 19145.

2. The defendant is Saber Healthcare Holdings, LLC which trades as Bryn Mawr Extended Care. This defendant is a limited liability company which was formed in, and is a citizen of the State of Ohio. This defendant's principal place of business and nerve center is at 26691 Richmond Rd., Bedford Heights, OH 44145. The plaintiff is asserting a professional liability claim against this defendant. A Certificate of Merit is attached to the Complaint as Exhibit A.

3. The defendant is Bryn Mawr Healthcare Group, LLC which trades as Bryn Mawr Extended Care. This defendant is a limited liability company which was formed in and is a citizen of the State of Ohio. This defendant's principal place of business and nerve center is at 26691 Richmond Rd., Bedford Heights, OH 44145. The plaintiff is

asserting a professional liability claim against this defendant. A Certificate of Merit is attached to the Complaint as Exhibit B.

## STATEMENT OF JURISDICTION AND VENUE

4. Jurisdiction is proper in this Court under 28 U.S.C. 1332 (a) (1) because the plaintiff and the defendants are citizens of different states and the amount in controversy exceeds $75,000.00 excluding interest and costs.

5. Venue is proper in the Court under 28 U.S.C. Section 1391 as this action arises from medical negligence which occurred in this district.

## BACKGROUND

6. Bryn Mawr Healthcare Group, LLC is a subsidiary of Saber Healthcare Holdings, LLC. Together, from their nerve center in Bedford Heights Ohio, they operate a facility known as Bryn Mawr Extended Care Center at 956 E. Railroad Ave., Bryn Mawr, PA which is within this judicial district.

7. Hereinafter, both defendants will be collectively referred to as *"the defendants"* and the Bryn Mawr Extended Care Center will be referred to as *"the care center"*.

8. The defendants market the care center as a skilled nursing facility specializing in senior rehabilitation services and extended care.

9. On or about November 8, 2020, the plaintiff who had been a patient at Thomas Jefferson University Hospital was transferred to the care center for care and treatment. The medical records sent to the care center with the patient indicated a history of multiple recent falls and confusion.

10. The plaintiff was known to be a falls risk.

11. Within hours of her admission the plaintiff, who was 88 years old at the time, was left unaccompanied and without fall precautions. It is believed in therefore averred that no falls risk assessment was done on the plaintiff. It is further believed and therefore averred that the care center had inadequate falls prevention procedures or the professionals at the facility failed to follow the falls prevention procedures.

12. While unaccompanied the plaintiff was caused to fall causing personal injuries which are set forth more fully hereinafter.

13. At all times relevant to this action the defendants acted by and through their agents, servants, workmen and employees who were working in this course and scope of their agency relationship.

14. The negligence of the defendants consisted of a) failing to take adequate fall precautions, b) failure to do an assessment for the danger of falls, c) leaving the plaintiff unaccompanied, d) failure to follow their own policies and procedures for the prevention of falls and e) failure to have adequate procedures in place for the prevention of falls.

15. As a result of the negligence of the defendants the plaintiff suffered the following injuries: Traumatic brain injury (TBI) with subarachnoid/intracranial hemorrhage, skull fracture (left supraorbital/frontal bone) and left wrist fracture (traverse radial styloid process fracture).

16. As result of the negligence of the defendants the plaintiff has been caused and will continue to be caused pain suffering loss of life's pleasures disfigurement and expenses for medications and medical attention.

WHEREFORE plaintiff prays judgment against the defendants in the amount of $500,000.

Respectfully Submitted,

_____
JOHN NEUMANN HICKEY

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| Maria R. Barbalinardo | : | JURY TRIAL DEMANDED |
| Plaintiff | : | |
| v. | : | NO: |
| Saber Healthcare Holdings LLC | : | |
| t/a Bryn Mawr Extended Care | : | |
| Defendant | : | |
| And | : | |
| Bryn Mawr Healthcare Group, LLC | : | |
| t/a Bryn Mawr Extended Care | : | |
| Defendant | : | |

**CERTIFICATE OF MERIT AS TO DEFENDANT SABER HEALTHCARE HOLDINGS, LLC T/A BRYN MAWR EXTENDED CARE**

I, John Neumann Hickey, Esquire, certify that:

The claim that this defendant deviated from an acceptable professional standard is based on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harms.

Date: 9/13/21

_____
JOHN NEUMANN HICKEY

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

| | | |
|---|---|---|
| Maria R. Barbalinardo | : | JURY TRIAL DEMANDED |
| Plaintiff | : | |
| v. | : | NO: |
| Saber Healthcare Holdings LLC | : | |
| t/a Bryn Mawr Extended Care | : | |
| Defendant | : | |
| And | : | |
| Bryn Mawr Healthcare Group, LLC | : | |
| t/a Bryn Mawr Extended Care | : | |
| Defendant | : | |

## CERTIFICATE OF MERIT AS TO DEFENDANT BRYN MAWR HEALTHCARE GROUP, LLC T/A BRYN MAWR EXTENDED CARE

I, John Neumann Hickey, Esquire, certify that:

The claim that this defendant deviated from an acceptable professional standard is based on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harms.

Date: 9/18/21

JOHN NEUMANN HICKEY